**No. 10-387. Missouri, Petitioner v. Miguel Vaca.**

562 U.S. 1249, 131 S. Ct. 1469, 179 L. Ed. 2d 360, 2011 U.S. LEXIS 1141.

February 22, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 314 S.W.3d 331.

**No. 10-489. Connecticut, et al., Petitioners v. Arne Duncan, Secretary of Education, et al.**

562 U.S. 1249, 131 S. Ct. 1471, 179 L. Ed. 2d 360, 2011 U.S. LEXIS 1115.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 612 F.3d 107.

**No. 10-490. Utah, Petitioner v. Mark Anthony Ott.**

562 U.S. 1249, 131 S. Ct. 1472, 179 L. Ed. 2d 360, 2011 U.S. LEXIS 1117.

February 22, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of Utah denied.

Same case below, 247 P.3d 344.

**No. 10-719. David H. Scheffer, et al., Petitioners v. Civil Service Employees Association, Local 828, et al.**

562 U.S. 1249, 131 S. Ct. 1480, 179 L. Ed. 2d 360, 2011 U.S. LEXIS 1227.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 610 F.3d 782.

**No. 10-773. Herman Geier, et al., Petitioners v. Omniglow Corporation, et al.**

562 U.S. 1249, 131 S. Ct. 1491, 179 L. Ed. 2d 360, 2011 U.S. LEXIS 1168.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 357 Fed. Appx. 377.

**No. 10-814. Mortimer Off Shore Services, Ltd., Petitioner v. Federal Republic of Germany.**

562 U.S. 1249, 131 S. Ct. 1502, 179 L. Ed. 2d 360, 2011 U.S. LEXIS 1188.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 615 F.3d 97.